■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OZAN WILLIAMS, Appellant. [921 NYS2d 893]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Collini, J.), rendered July 2, 2009, convicting him of resisting arrest and criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Covello, Balkin, Lott and Roman, JJ., concur.